1   JOHN DOUGLAS BARR (SBN 40663)
    BARR & MUDFORD, LLP
2   1824 Court Street/Post Office Box 994390
    Redding, CA 96099-4390
3   Telephone:   (530) 243-8008
    Facsimile:   (530) 243-1648
4
    Attorneys for Plaintiffs
5   HAZEL BONINI and ROBERT BONINI

6   MICHAEL C. ZELLERS (SBN 146904)
    MOLLIE F. BENEDICT (SBN 187084)
7   SARAH TRANKIEM (SBN 235031)
    TUCKER ELLIS LLP
8   515 South Flower Street
    Forty Second Floor
9   Los Angeles, CA 90071-2223
    Telephone:   (213) 430-3400
10  Facsimile:   (213) 430-3409

11  RODNEY M. HUDSON (SBN 189363)
    MICHELLE A. CHILDERS (SBN 197064)
12  JAIME D. WALTER (SBN 281066)
    DRINKER BIDDLE & REATH LLP
13  50 Fremont Street, 20th Floor
    San Francisco, CA 94105-2235
14  Telephone:   (415) 591-7500
    Facsimile:   (415) 591-7510
15
    Attorneys for Defendants
16  DEPUY ORTHOPAEDICS, INC. and JOHNSON &
    JOHNSON DEVELOPMENT CORPORATION
17

18              UNITED STATES DISTRICT COURT

19              EASTERN DISTRICT OF CALIFORNIA

20                    SACRAMENTO DIVISION

21

| | |
|---|---|
| 22  HAZEL BONINI and ROBERT BONINI, | Case No. 2:13-CV-02106-JAM-CMK |
| 23      Plaintiffs, | **JOINT STIPULATION TO STAY PROCEEDINGS PENDING TRANSFER TO MDL NO. 2197 – IN RE: DEPUY ORTHOPAEDICS, INC., ASR HIP IMPLANT PRODUCTS LIABILITY LITIGATION** |
| 24  v. | |
| 25  JOHNSON & JOHNSON DEVELOPMENT CORPORATION; JOHNSON & JOHNSON SURGICAL, INC.; DEPUY ORTHOPAEDICS, INC.; and DOES 1 through 100, inclusive, | |
| 26 | |
| 27      Defendants. | |
| 28 | |

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND [PROPOSED] ORDER TO STAY
PROCEEDINGS PENDING TRANSFER        - 1 -        CASE NO. 2:13-CV-02106-JAM-CMK

1  Pursuant to Local Rule 143 of the United States District Court of the Eastern District of California, and in support of this stipulation, plaintiffs Hazel Bonini and Robert Bonini ("Plaintiffs"), defendant Johnson & Johnson Development Corporation, and defendant DePuy Orthopaedics, Inc. ("DePuy") state as follows:

1. On December 3, 2010, the United States Judicial Panel on Multidistrict Litigation ("JPML") entered a Transfer Order pursuant to 28 U.S.C. 1407, assigning MDL No. 2197: *In re: DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation* ("MDL-2197") to the Honorable David A. Katz, United States Judge for the Northern District of Ohio.

2. MDL-2197 coordinates all federal products liability actions – like this one – involving two hip implant systems DePuy Orthopaedics voluntarily recalled – the ASR™ XL Acetabular System and the ASR™ Hip Resurfacing System.

3. On October 11, 2013, DePuy removed this action from the Superior Court of the State of California, County of Shasta (Case No. 178006) to this Court.

4. On October 14, 2013, DePuy filed a Notice of Potential Tag Along with the JPML and included this case for transfer to MDL-2197.

5. On October 16, 2013, the JPML issued Conditional Transfer Order No. 214 and included this case for transfer to MDL-2197.

6. On October 21, 2013, DePuy filed a Motion to Stay Proceedings Pending Transfer to MDL No. 2197.

7. On October 22, 2013, Plaintiffs filed Plaintiffs' Objection to the Conditional Transfer Order.

8. On October 23, 2013, the JPML issued a briefing schedule, setting a November 6, 2013, deadline for Plaintiffs to file their motion to vacate and a November 27, 2013, deadline for any response.

9. Also on October 23, 2013, Plaintiffs filed Plaintiffs' Non-Opposition to Defendant DePuy Orthopaedics' Motion to Stay Proceedings Pending Determination of Transfer to MDL No. 2197.

10. On October 31, 2013, this case was reassigned to the Honorable John A. Mendez,

1    and all dates previously set were vacated.

2    11. On November 5, 2013, counsel for DePuy contacted the Court to determine if
3    DePuy should re-notice its motion to stay in light of the case reassignment. The Court informed
4    the parties that the simplest solution would be to submit a stipulation and proposed order for the
5    Court's review and consideration.

6    12. On December 3, 2013, Plaintiffs dismissed Johnson & Johnson Surgical, Inc. with
7    prejudice.

8    13. The requested stay will serve the interests of judicial economy and fairness to the
9    parties and will avoid wasting this Court's resources while DePuy's request to transfer the case to
10   MDL-2197 is pending.

11   WHEREFORE the parties hereby stipulate to stay all proceedings and to vacate all
12   deadlines in this action pending a decision on DePuy's request to transfer the case to MDL-2197,
13   *In re DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation*.

**IT IS SO STIPULATED.**

Dated: December 4, 2013                     DRINKER BIDDLE & REATH LLP

                                            By:/s/ Michelle Childers
                                                Michelle A. Childers

                                            Attorneys for Defendants
                                            DEPUY ORTHOPAEDICS, INC. and
                                            JOHNSON & JOHNSON DEVELOPMENT
                                            CORPORATION

Dated: December 4, 2013                     BARR & MUDFORD, LLP

                                            By:/s/ John D. Barr (as authorized on 12/4/13)
                                                John D. Barr

                                            Attorneys for Plaintiffs
                                            HAZEL BONINI and ROBERT BONINI


**IT IS SO ORDERED.**

Dated: 12/4/2013                            /s/ John A. Mendez_____
                                            The Honorable John A. Mendez
                                            United States District Judge